**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

| | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/24/2020 |

BY ECF AND U.S. MAIL

August 21, 2020

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

      Re: <u>Rodriguez v. Capra</u>, 20-CV-3141 (MKV)

Dear Judge Vyskocil:

      I represent the respondent in this habeas corpus case. In light of petitioner's response to respondent's motion to dismiss the petition on statute-of-limitations grounds—in particular, the September 2017 letter from the Appellate Division, which the court confirmed was sent to petitioner—respondent will withdraw the pending motion to dismiss. I respectfully request that respondent be given 60 days, or until October 20, 2020, to answer the petition.

      Respectfully submitted,

      _____
      Stephen Kress (SK-1024)
      Assistant District Attorney
      Counsel for Respondent

cc:   Louis Rodriguez
      DIN 11-A-3746
      Sing Sing Correctional Facility
      354 Hunter Street
      Ossining, NY 10562

---

GRANTED. The pending motion to dismiss [ECF #9] is denied as withdrawn. Respondent must respond to the petition on or before October 20, 2020. The Court will mail a copy of this order to the Petitioner.

Date: 8/24/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge