**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LOUIS RODRIGUEZ,

                Petitioner,              20  **CIVIL** 3141 (MKV)

      -against-

                                      **JUDGMENT**

MICHAEL CAPRA, SUPERINTENDENT,
                Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 29, 2023, Petitioner's habeas petition is DENIED in its entirety. Because Petitioner has not demonstrated a basis for the federal *habeas* relief he seeks under 28 U.S.C. § 2254, the Court does not grant a certificate of appealability. See 28 U.S.C. § 2253(c)(2) (a "certificate of appealability may issue [in *a habeas corpus* proceeding] only if the applicant has made a substantial showing of the denial of a constitutional right."); see also Canteen v. Smith, 555 F. Supp. 2d 407, 418 (S.D.N.Y. 2008) (denying Section 2254 *habeas* petition and declining to issue a certificate of appealability); accordingly, the case is closed.

**DATED:**  New York, New York
             September 29, 2023

                                                     **RUBY J. KRAJICK**

                                                     _____
                                                      **Clerk of Court**
                            **BY:**
                                                        **Deputy Clerk**